✎ AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

__BAROKKA JAMAAL POLES__
Defendant

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

CASE NUMBER:  2:05mj85-W

CHARGING DISTRICTS
CASE NUMBER:  03-00224-001

I understand that charges are pending in the __SOUTHERN__ District of __ALABAMA__ alleging violation of __PROBATION__ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4)   a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

(✓) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

7/21/05
Date

X _Barokka Poles_
Defendant

X _[signature]_
Defense Counsel