| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| ☑ INITIAL APPEARANCE | DATE: July 21, 2004 |
| ❏ BOND HEARING | |
| ❏ DETENTION HEARING | Digital Recording 3:30 - 3:38 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❏ REMOVAL HEARING (R.40) | |
| ❏ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05mj85-W    **DEFENDANT NAME:** Barokka Jamaal Poles

**AUSA:** Verne Speirs    **DEFT. ATTY:** Kevin Butler

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Stan Robinson

**Interpreter needed:** ( √ ) NO; ( ) YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest July 20, 2005 or √ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| ❏ | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| √ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❏ preliminary hearing; √ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for        DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.  CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |