AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

RECEIVED 2005 AUG -1 P 2:30
U.S. MARSHALS SERVICES
MIDDLE ALABAMA

UNITED STATES OF AMERICA
V.
BAROKKA JAMAAL POLES

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 03-00224-001 | 2:05mj85-W | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) PETITION

charging a violation of _____ U.S.C. §

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF ALABAMA

**DESCRIPTION OF CHARGES:**

VIOLATION OF PROBATION

ATTEST: A True Copy. 7/22, 20 05
Certified to
Clerk, U.S. District Court,
Middle District of Alabama
BY _____ Joyce Taylor
Deputy Clerk

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:  ☐ Retained Own Counsel  X Federal Defender Organization  ☐ CJA Attorney  ☐ None
Interpreter Required?  X No  ☐ Yes  Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7/22/05                     /s/ Susan Russ Walker
Date                        Judge

RETURNED AND FILED
AUG - 2 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 07-26-05 | Baldwin Co Jail | 07-26-05 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 7/26/05 | William S. Taylor | Brian Chanton |